Jared Mimms # 12141130
P.O. Box 122152 San Diego, CA 92112
jaredmimms@gmail.com
858 208 7573

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF CALIFORNIA

JARED BENJAMIN MIMMS
PLAINTIFF,

VS.

KEVIN FAULCONER
"JOHN DOE 1"
LEO VALENTINE JR.
MICHAEL S. GROCH
"JOHN DOE 2"
"JANE DOE 1"
"JANE DOE 2"
"JANE DOE 3"

DEFENDANTS.

COMPLAINT

'18 CV1339 CAB AGS

ALLEGATION

DEFENDANTS used fake criminal case against PLAINTIFF to steal $500 million of cocaine from South America and kill Mexican judge for the City of San Diego.

CHARGES
KEVIN FAULCONER
GRAND TURISMO TREASON MURDER

PLAINTIFF is legally MAYOR OF SAN DIEGO, not DEFENDANT KEVIN FAULCONER.

1
2                               HIGH TREASON
3   CALIFORNIA SUPERIOR COURT judge with only city standing trying to silence PLAINTIFF
4                          LEO VALENTINE JR.
5                            GRAND LARCENY
6   Leveraged PLAINTIFF's pedigree and jury to justify theft for "my city"
7                          MICHAEL S. GROCH
8                            GRAND TREASON
9   Held fake hearing to image PLAINTIFF's face.
10                            "JOHN DOE 2"
11                     GRAND NEGLIGENCE TREASON
12  CALIFORNIA SUPERIOR COURT judge with city limit standing.
13                            "JANE DOE 1"
14                         GRAND NEGLIGENCE
15  CALIFORNIA SUPERIOR COURT judge lied for suburban San Diego.
16                            "JANE DOE 2"
17                           GRAND MURDER
18  CALIFORNIA SUPERIOR COURT judge attempted to murder based on height/weight/face.
19                            "JANE DOE 3"
20  GRAND ATTEMPTED MURDER NEGLIGENCE CONSORTIUM TO COMMIT MURDER TREASON
21                              (FACE)
22
23                         PRAYER FOR RELIEF
24  $500 million from DEFENDANTS and "Mayor of San Diego" title for PLAINTIFF,
25  REQUEST FOR SUMMARY JUDGEMENT, SERVICE VERIFIED, COMPLAINT VERIFIED
26  Date: June 14, 2018
27                                              [signature]
28                                              Jared Mimms
                                                PLAINTIFF PROSE

Today I have higher standing than the Court. The Court has made an attempt to discredit me based on genetic evidence illegally introduced by a liable party. No person here represents me. The State of California is liable for euspanic and Calexit, treasonous movements noticed by the United States of America. I am now liable to prosecute this Court in a war on the State of California fueled by my scoonship of the Union Pacific Railroad and ownership of Fort Ming. I am sanctioned to both lead and supply a war against the State of California, an entity that voted 64% to exit the Union of the United States of America.

The State of California, instead of settle a $29 million debt of the City of San Diego, decided to politicize my genes encoded in illegal third party testimony.

The Court has one last chance to settle this debt.

I can and will lead an army from Fort Ming in Alabama to crush the State of California in a defeat akin to Troy.

You will pay here today or suffer in defeat, against my honor and against my degree. I demand it.

Closing Statement

As a citizen of the State of California, I am tired of hearing about mental health and sick people. Californians do not care about mental health. My faith, my religion has solved the problem over a decade ago, yet the state continues to persecute my church and its members needlessly to this day. To people who care about a simple easy response; No one cares, stop lying, you are to be left to God, get used to it. So again, tax the state another 150 million by finding me not guilty here today, or else they'll pay $1 billion and so will you.

## Formal Allegations of Collusionary Fraud and Theft

Hank Nordhoff lied. He stole $10 million from my family. After I confronted him, he slandered me eight times. He used mental health to try to kill me with online web forms. The difference between him and my father, three inches. The communities of Del Mar and La Jolla have decided to commit crimes based on height, weight, and face. Hank Nordhoff and his friends there are Eugenicists, people who kill by politicizing genes. Lately, Hank has tried to render a killing blow against me called Nanosort. He stole my intellectual property just like he stole my PhDs, attributing it to UCSD. Hank Nordhoff believes in a California that can kill based on height alone. People trust him. He can say or write anything he wants to steal anything from my family according to the state of California law today. Tomorrow, he will pay the ultimate price for his sins, death for treason are felony against the United States of America.

